| | |
|---|---|
| 1 | JOSHUA A. SLIKER, ESQ. |
| | Nevada Bar No. 12493 |
| 2 | **JACKSON LEWIS P.C.** |
| 3 | 300 S. Fourth Street, Ste. 900 |
| | Las Vegas, Nevada 89101 |
| 4 | Telephone: (702) 921-2460 |
| | Email: joshua.sliker@jacksonlewis.com |
| 5 | |
| | *Attorneys for Plaintiff* |
| 6 | *Apria Healthcare, LLC* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| APRIA HEALTHCARE, LLC, a Delaware limited liability company, | Case No.: 3:24-cv-00488-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF APRIA HEALTHCARE, LLC'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY GAURAV BOBBY KALRA FROM CASE** |
| vs. | |
| MICHAEL STANDER, an individual; MICHAEL UPTON, an individual; SOPHIA OROPEZA, an individual; and iSLEEP, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

Plaintiff Apria Healthcare LLC, by and through its counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Gaurav Bobby Kalra as counsel of record from the above captioned case and the Court's docket. Mr. Kalra is no longer with Jackson Lewis P.C. and his withdrawal will not cause any delay in the action. Joshua Sliker will remain as counsel of record for said Plaintiff.

Dated this 20th day of October, 2025.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Ste. 900
Ls Vegas, Nevada 89101

*Attorney for Plaintiff*
*Apria Healthcare, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 20th day of October, 2025, I caused a true and correct copy of the foregoing **PLAINTIFF APRIA HEALTHCARE, LLC'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY GAURAV BOBBY KALRA FROM CASE** to be served via the Court's CM/ECF electronic filing and service system, properly addressed to the following:

Daniel Crowell, Esq.
Brenton Urick, Esq.
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203

Stephen R. Hackett, Esq.
Nevada Bar No. 5010
David Barney, Esq.
SKLAR WILLIAMS PLLC
Nevada Bar No. 14681
410 South Rampart Blvd., Suite 350
Las Vegas, NV 89145

*Attorneys for Defendants Michael Stander, Michael Upton, Sophia Oropeza, and iSleep, LLC*

/s/ Rebecca Portelli
Employee of Jackson Lewis P.C.

**IT IS SO ORDERED.**

**DATED:** October 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE