JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

GREGORY H. ANDREWS, ESQ.
*Admitted Pro Hac Vice*
Illinois Bar No. 6209480
**JACKSON LEWIS P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
E-Mail: gregory.andrews@jacksonlewis.com

*Attorneys for Plaintiff*
*Apria Healthcare, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIA HEALTHCARE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL STANDER, an individual; MICHAEL UPTON, an individual; SOPHIA OROPEZA, an individual; and ISLEEP, LLC, a Nevada Limited Liability Company,<br><br>    Defendants. | Case No.: 3:24-cv-00488-MMD-CLB<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C.
LAS VEGAS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Apria Healthcare, LLC ("Plaintiff") and Defendants Michael Stander ("Stander"), Michael Upton ("Upton"), Sophia Oropeza ("Oropeza"), and iSleep, LLC ("iSleep") (together, Stander, Upton, Oropeza, and iSleep are the "Defendants"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of May, 2026.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

BUCHALTER LLP

/s/ Daniel Crowell
DANIEL CROWELL, ESQ.
*Admitted Pro Hac Vice*
BRENTON URICK, ESQ.
*Admitted Pro Hac Vice*
1 Music Circle South, Suite 300
Nashville, Tennessee 37203

Stephen R. Hackett
Nevada Bar No. 5010
SKLAR WILLIAMS PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2026

JACKSON LEWIS P.C.
LAS VEGAS